# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO (CANTON)

| | |
|---|---|
| IN RE: | * Case No. 11-62308 |
| | * Chapter 7 |
| **BYRON E. YAMBRISAK** | * Chief Judge Russ Kendig |
| | * |
| Debtor | * |
| | * **MOTION TO RE-OPEN** |
| | * **BANKRUPTCY CASE** |
| | * |

     Now comes Debtor, Byron E. Yambrisak, by and through counsel, and hereby motions this Honorable Court that he be given permission to re-open the instant case so that Debtor may address issues relating to avoiding a lien as well as resolve federal and state tax issues that were not addressed in the initial filing.

     Respectfully submitted,

/s/ Deborah L Mack, #0067347
Attorney Deborah L. Mack, JD/MBA
53 E Main Street
Lexington, OH 44904
419.884-4600 * 800.410.3620 facsimile
debbie@ohiodebtrelief.lawyer
Attorney for Debtor

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served on December 17, 2019 upon the following parties at the addresses stated below:

And via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- **John Fairweather** jfairweather@brouse.com, sgibson@brouse.com
- **Bryan B. Johnson**   bbj@bryanjohnsonattorney.com
- **Chapter 7 Trustee Josiah L. Mason**   jlmasontrustee@zoominternet.net
- **Susan P Taylor**   staylor@brouse.com, tpalcic@brouse.com
- **United States Trustee**   (Registered address)@usdoj.gov

And via regular US Mail to:

**Byron E Yambrisak**
586 Morgan Avenue
Mansfield, OH 44905

All creditors in the matrix attached hereto and made and made a part hereof

                                                   /s/ Deborah L Mack, #0067347
                                                   Attorney Deborah L. Mack, JD/MBA
                                                   Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 11-62308-rk<br>Northern District of Ohio<br>Canton<br>Mon Jul 29 21:01:52 EDT 2019 | STATE OF OHIO<br>388 South Main Street<br>Suite 500<br>Akron, OH 44311-4419 | TPI Asset Management, LLC<br>c/o Bryan B. Johnson, Esq.<br>5003 Horizons Dr.<br>Ste. 200<br>Columbus, OH 43220-5292 |
| United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | American Express<br>PO Box 6618<br>Omaha, NE 68106-0618 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Chase Na<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | City of Mansfield<br>Utility Collections<br>99 Park Avenue East<br>Mansfield, OH 44902-1823 | Dave Badnelle, Attorney at Law<br>21 N. Walnut Street<br>Mansfield, OH 44902-1705 |
| (p)DEBT RECOVERY SOLUTIONS OF OHIO<br>PO BOX 1307<br>MANSFIELD OH 44901-1307 | Direct Merchants Bank<br>PO Box 22128<br>Tulsa, OK 74121-2128 | Gamble Hartshorn LLC<br>One East Livingston Avenue<br>Columbus, OH 43215-5700 |
| Hsbc Nv<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J.b Robinson<br>375 Ghent Rd.<br>Akron, OH 44333-4601 |
| Mansfield Municipal Court<br>30 North Diamond Street<br>Mansfield, OH 44902-1738 | Morgan & Pottinger PSC<br>204 E. Market Street<br>Louisville, KY 40202-1218 | Nelson, Watson & Associates LLC<br>80 Merrimack Street Lower Level<br>Haverhill, MA 01830-5211 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Ohio Bureau of Workers Comp<br>ATTN: Law Sec. Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| RMS<br>260 E. Wentworth Avenue<br>Saint Paul, MN 55118-3523 | (p)OHIO ATTORNEY GENERAL'S OFFICE<br>ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT<br>150 E GAY ST<br>21ST FLOOR<br>COLUMBUS OH 43215-3191 | Richland County Treasurer<br>50 Park Avenue East<br>Mansfield, OH 44902-1895 |
| Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Servcing<br>PO Box 82508<br>Las Vegas, NV 89180 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 |
| Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Byron E Yambrisak<br>586 Morgan Avenue<br>Mansfield, OH 44905-1406 | Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 |

Josiah L. Mason
Canton
153 W Main Street
PO Box 345
Ashland, OH 44805-0345

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Debt Recovery Solution<br>270 Lexington Ave Ste A<br>Mansfield, OH 44907 | Internal Revenue Service<br>Insolvency Group 3<br>1240 East Ninth Street, Room 457<br>Cleveland, OH 44199 | Richard Cordray<br>OhioAttorney General<br>Recenue Recovery/Collections Enforc<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215 |
| Sallie Mae, Inc. on behalf of USA Funds<br>Attn: Bankruptcy Litigation Unit - E3149<br>PO Box 9430<br>Wilkes-Barre, PA 18773-9430 | (d)U S A Funds<br>Po Box 6180<br>Indianapolis, IN 46206 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Debt Recovery Solutions of Ohio, Inc.<br>P.O. Box 1307<br>Mansfield, Oh 44901-1307 | (d)TPI Asset Management, LLC<br>c/o Bryan B. Johnson, Esq.<br>5003 Horizons Dr., Ste. 200<br>Columbus, OH 43220-5292 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients     2<br>Total                  32 |